DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DAY GIANG,** as Personal Representative of the Estate of **THANH KIM GIANG,**
Appellant,

v.

**FLORIDA POWER & LIGHT, CO.,**
Appellee.

No. 4D2022-2445

[March 7, 2024]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; John B. Bowman, Judge; L.T. Case No. CACE09-050028.

Roy D. Wasson of Wasson & Associates, Chartered, Miami, and Ty Roland and Evan Lubell of Aloia, Roland, Lubell & Morgan, PLLC, Fort Myers, for appellant.

Andrew Pelino of Florida Power & Light Company, Juno Beach, and Stuart Singer and Sashi Bach of Boies Schiller Flexner LLP, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

MAY, FORST and KUNTZ, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***